UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CALDERON,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY MULLIGAN-PFILE, et al.,<br><br>Defendants. | Case No. 18-cv-01318-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

In a notice dated February 28, 2018, the Clerk of the court directed plaintiff to complete an *in forma pauperis* ("IFP") application or pay the $400 filing fee. The court provided plaintiff with a blank IFP application, along with a notification that the case would be dismissed if plaintiff failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days. More than twenty-eight days have passed, and plaintiff has not paid the filing fee. Plaintiff also has not filed a completed application to proceed IFP.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 4/17/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge