UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CALDERON,<br><br>  Plaintiff,<br><br> v.<br><br>ASHLEY MULLIGAN-PFILE, et al.,<br><br>  Defendants. | Case No. 18-cv-01318-HSG (PR)<br><br>**JUDGMENT** |

This action having been dismissed without prejudice, judgment is entered in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 4/17/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge