UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CALDERON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASHLEY MULLIGAN-PFILE, et al.,<br><br>　　　　Defendants. | Case No.18-cv-01318-HSG<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/17/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Calderon
AI 6878
PO Box 705
Soledad, CA 93960


Prison Trust Account
PO Box 705
Soledad, CA 93960


U.S. District Court
Financial Office
San Francisco, CA
(sent electronically via ECF)

1 | Dated: 4/17/2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.