UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CALDERON,<br><br>  Plaintiff,<br><br>v.<br><br>ASHLEY MULLIGAN-PFILE, et al.,<br><br>  Defendants. | Case No. 18-cv-01318-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 12 |

Good cause appearing, defendants' motion for an extension of time to file a dispositive motion is hereby GRANTED. The deadline for defendants to file a dispositive motion is CONTINUED to **October 1, 2018**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 12.

**IT IS SO ORDERED.**

Dated: 8/7/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge