UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CALDERON,

    Plaintiff,

v.

ASHLEY MULLIGAN-PFILE, et al.,

    Defendants.

Case No. 18-cv-01318-HSG (PR)

**JUDGMENT**

    For the reasons set forth in the Order Granting Defendants' Motion for Summary Judgment, judgment is entered in favor of Defendants and against Plaintiff.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: 8/23/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge